THOMAS FARRELL, Respondent, *v.* JOHN L. AMBERG, Substituted in the Place and Stead of THE CHURCH OF ST. FRANCIS OF ASSISI, Appellant.

*Farrell* v. *Amberg*, 8 Misc. Rep. 220, affirmed.
(Argued January 27, 1897; decided February 12, 1897.)

APPEAL from a judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered May 14, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Edward W. S. Johnston* for appellant.

*Nelson S. Spencer* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

---

FRANCES T. BROWN, Respondent, *v.* ALONZO BLACKMAN, Individually and as Executor of LESTER BLACKMAN, Deceased, Appellant.

*Brown* v. *Blackman*, 71 Hun, 356, affirmed.
(Argued January 27, 1897; decided February 12, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the fourth judicial department, entered October 7, 1893, which reversed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term and granted a new trial.

*George W. Ray* for appellant.

*John W. Church* for respondent.

Order affirmed and judgment absolute ordered for plaintiff, with costs, on opinion below.
All concur.